UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                 :

In re:                                   :         Chapter 11
                                                 :

TS EMPLOYMENT, INC.,            :         Case No. 15-10243 (MG)
                                               :

                 Debtor.               :
                                               :
------------------------------------------------------X

## CONSENT ORDER DIRECTING THE
## APPOINTMENT OF A CHAPTER 11 TRUSTEE

Upon the motion of the United States Trustee for the entry of an order directing the appointment of a Chapter 11 trustee (the "Motion"), ECF Doc. No. 21, noticed for a hearing scheduled for February 24, 2015 at 2:00 p.m.; and the Court having scheduled and held a pre-motion hearing on February 19, 2015 (the "Hearing"); and TS Employment, Inc. (the "Debtor"), and other parties in interest having appeared at the Hearing and having consented to advance the disposition of the motion to the date of the Hearing; and the Debtor having consented to the requested relief in the Motion under 11 U.S.C. § 1104(a); and there being no objections to the appointment of a Chapter 11 trustee in this case; and, after due deliberation and as stated more fully on the record at the Hearing, the Court having found and concluded that sufficient cause has been established for the appointment of a trustee under 11 U.S.C. § 1104(a); and no additional notice or a hearing being required, it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the United States Trustee is directed to appoint a Chapter 11 trustee, with all of the rights, powers and duties authorized under 11 U.S.C. §§ 1104 and 1106; and it is further

**ORDERED**, that the interim orders granting the Debtor's prior motions to, among other things, make payments of pre-petition employee wages and maintain the use of the Debtor's

existing bank accounts (*see* ECF Doc. ## 9, 10) shall be deemed to remain in effect until the date a Chapter 11 trustee is duly appointed and approved or until such time as the Court deems proper.

**IT IS SO ORDERED.**

Dated: February 20, 2015
       New York, New York

                                        **/s/Martin Glenn**
                                        MARTIN GLENN
                              United States Bankruptcy Judge

By Consent:

*/s/ Scott S. Markowitz*
Scott S. Markowitz, Esq.
*Counsel to the Debtor*