UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------X
                                          :
In re                                     :          Chapter 11
                                          :
TS EMPLOYMENT, INC.,                      :          Case No. 15-10243 (MG)
                                          :
                    Debtor.               :
                                          :
----------------------------------------------------X

## APPLICATION FOR ENTRY OF AN ORDER APPROVING
## THE APPOINTMENT OF THE CHAPTER 11 TRUSTEE

TO:    THE HONORABLE MARTIN GLENN,
          UNITED STATES BANKRUPTCY JUDGE:

     William K. Harrington, the United States Trustee for Region 2 (the "United States

Trustee"), by and through his counsel, hereby respectfully applies to this Bankruptcy Court,

pursuant to Rule 2007.1(c) of the Federal Rules of Bankruptcy Procedure, for entry of an

order approving his appointment of James S. Feltman as the Chapter 11 trustee for TS

Employment, Inc. (the "Debtor").  In support thereof, the United States Trustee respectfully

states:

     1.     On February 2, 2015, the Debtor commenced a voluntary case under Chapter 11

of the Bankruptcy Code.  ECF Doc. No. 1.

     2.     No official committee of unsecured creditors has been appointed in this case.

     3.     On February 12, 2015, the United States Trustee filed a motion for the entry of an

order directing the appointment of a Chapter 11 trustee (the "Trustee Motion").  ECF Doc.

No. 21.

     4.     On February 19, 2015, at a pre-motion hearing: (i) the Debtor and other parties-in-

interest appeared at the hearing and consented to advance the disposition of the Trustee Motion to the

date of the pre-motion hearing; and (ii) the Debtor consented to the requested relief in the Trustee

1

Motion.

5. On February 20, 2015, the Court entered a consent order directing the United States Trustee to appoint a Chapter 11 Trustee.  ECF Doc. No. 31.

6. On February 27, 2015, the United States Trustee filed a Notice of Appointment of Chapter 11 Trustee, appointing James S. Feltman as the trustee (the "Chapter 11 Trustee").  ECF Doc. No.  33.

7. In accordance with section 1104(d) of the Bankruptcy Code, the undersigned representative of the United States Trustee consulted with the following parties-in-interest:

(a) Scott S. Markowitz, Esq. of Tarter Krinsky & Drogin LLP, counsel to the Debtor;

(b) George W. Shuster Jr., Esq. of WilmerHale, counsel to Corporate Resource Services, Inc.;

(c) Barbra R. Parlin, Esq. of Holland & Knight, LLP, counsel to Lumbermen's Underwriting Alliance;

(d) Jonathan N. Helfat, Esq. of Otterbourg P.C., counsel to Wells Fargo; and

(e) Arastu Chaudhury, Esq. of the United States Attorney's Office for the Southern District of New York, counsel to the Internal Revenue Service.

8. To the best of the United States Trustee's knowledge, the Chapter 11 Trustee has no connections with the Debtors, their creditors, any other parties-in-interest, their respective attorneys, the United States Trustee, and persons employed in the Office of the United States Trustee, other than those connections set forth in the Declaration of James S. Feltman, a copy of which is annexed hereto as Exhibit 1.

WHEREFORE, the United States Trustee requests that the Court enter an Order

Approving the Appointment of James S. Feltman as the Chapter 11 Trustee pursuant to 11

U.S.C. §1104(a), a proposed form of which is annexed hereto as Exhibit 2, and for such other

and further relief as may seem just and proper in the above-described matter.

Dated: New York, New York
      February 27, 2015

                              Respectfully submitted,

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE, REGION 2

By:    */s/ Michael T. Driscoll*
         Michael T. Driscoll
         Trial Attorney
         U.S. Department of Justice
         Office of the United States Trustee
         U.S. Federal Office Building
         201 Varick Street, Room 1006
         New York, NY 10014
         Tel. (212) 510-0500

# EXHIBIT 1

| | |
|---|---|
| **In re:** | Chapter 11 |
| **TS EMPLOYMENT, INC.** | Case No. 15-10243 (MG) |
| **Debtor.** | |

## DECLARATION OF JAMES S. FELTMAN

Pursuant to 28 U.S.C. § 1746, James S. Feltman hereby declares and states as follows:

1.      I am a Senior Managing Director of Mesirow Financial Consulting, LLC ("MFC"), a professional services firm engaged in the business of providing financial advisory and related professional consulting services.  MFC is a wholly-owned subsidiary of Mesirow Financial Holdings, Inc., a diversified financial services firm which also offers investment management services, insurance services, investment services, investment banking and similar financial services (collectively "Mesirow Financial").

2.      I am an experienced fiduciary having served as a chapter 7 panel trustee, a chapter 11 trustee, an examiner and a fiduciary in matters in both federal and state courts.  I am a certified public accountant, licensed since 1978, and I also hold a certified fraud examiner and certified in financial forensics designations.  MFC maintains offices at, among other places, 666 Third Avenue, New York, NY 10017.  I submit this Declaration in support of the application of the United States Trustee (the "U.S. Trustee") seeking approval of my appointment as chapter 11 trustee ("Trustee") in the above-captioned chapter 11 case.

3.      I make these disclosures to demonstrate that:  (a) MFC and I are, in connection with this chapter 11 case, disinterested persons within the meaning of section 101(14) of the Title

11 of the United States Code (the "Bankruptcy Code"); and (b) I am qualified to act as Trustee in these cases.

4.      I understand the duties and responsibilities of a Trustee, both generally and in this chapter 11 case.  If my appointment is approved, I will perform them to the best of my abilities.

5.      I have over 30 years of experience in restructuring, financial advisory services, and serving as fiduciary in complex corporate reorganizations, workouts, and investigations, both under court supervision and extra judicial matters.  My work experience includes the provision of these services both within and outside the United States.  I have worked on cases including: Caesars Entertainment Operating Corporation; Residential Capital, LLC; American Airlines; Delta Airlines; United Air Lines; and Kmart Corporation.  I have also worked as a financial advisor and in an investigative capacity in a number of middle market cases.  I have served as a chapter 11 trustee and an expert witness in connection with failed professional employment organizations ("PEOs").  I have been appointed as an examiner on approximately 13 occasions. A copy of my resume, detailing my fiduciary experience, is attached hereto as Exhibit A.

6.      If appointed, I intend to retain MFC as my advisor in both a financial and investigative capacity.  I will rely on MFC's assistance in the performance of my duties as Trustee.  I will work with MFC and counsel[1] or other professionals to allocate responsibility for various tasks so as to avoid duplication of effort and expense, and to carry out my duties as trustee as efficiently as possible.  MFC researched its client database to determine whether it had any relationships with the parties set forth on Exhibit B hereto (the "Interested Parties").

7.      Neither I nor MFC have connections with the Debtor, it's respective attorneys and advisor, Mr. Cassera, Corporate Resource Services, Inc. or any of the 20 largest creditors , the

---

[1] If appointed, I intend to retain Togut, Segal & Segal LLP to assist me in the performance of my duties as Trustee.

United States Bankruptcy Court for the Southern District of New York or the Office of the United States Trustee or persons employed in the Office of the United States Trustee, except as follows:

a. The 20 largest creditors in TS Employment, Inc. are or have been creditors or parties in interest in cases where MFC LLC is or has served as a professional or a fiduciary;

b. MFC LLC provides consulting services to the Illinois Department of Insurance. The fees billed for these services are nominal in relation to MFC's annual revenue;

c. MFC LLC is presently negotiating a retention agreement with the Wilmer Hale firm, in which an MFC LLC professional would serve as a testifying witness on behalf of a client in a commercial litigation dispute pending in a Texas state court, which matter is unrelated to the TS Employment Inc. case. MFC LLC is not retained by or working with Wilmer Hale in any other matter. George Schuster, Esq. of Wilmer Hale, is not involved in the Texas litigation matter described above;

d. I maintain a long standing, personal, banking and a funds management relationship with Well Fargo Bank NA. I do not borrow funds from Wells Fargo; and

e. Attached as Exhibit C is a standard form disclosure that describes Mesirow Financial's Ethical Wall and Trading Wall Procedures.

8.     I am not a relative of any Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, the U.S. Trustee for Region 2 or any person employed in the Office of the U.S. Trustee for Region 2.

9.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor MFC, nor any professional of MFC holds or represents an interest adverse to the estate, and both I and MFC are "disinterested persons" as defined in section 101(14) of the Bankruptcy Code, in that: (a) neither I nor MFC is a creditor, an equity security holder, or an insider of the Debtors; (b) neither I nor MFC is or was, within 2 years before the date of the filing of the application, a director, officer, or employee of the Debtor; and (c) neither I nor MFC has an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

10.     To ensure that, as Trustee, I will remain disinterested throughout the term of this appointment, I represent, and agree on behalf of MFC that, if I am appointed, MFC will not represent any client other than myself as the Trustee in connection with this chapter 11 case.

11.     I and MFC have agreed to accept as compensation for services in this case such sums as may be allowed by this Court, based upon the time spent and services rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors, as applicable.[2]  I will be compensated in accordance with section 326 of the Bankruptcy Code.  MFC's guidelines rates are adjusted periodically.  MFC will reduce all its ordinary billing rates by 10%.  Further, in accordance with section 504 of the Bankruptcy Code, neither I nor

---

[2] Any request for payment will be made in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and Orders of this Court and the U.S. Trustee's applicable guidelines for the submission of fee requests under section 330 of the Bankruptcy Code.

MFC has agreed to share any compensation or reimbursement received in connection with this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 27, 2015 in New York, New York.

_____
JAMES S. FELTMAN

# EXHIBIT A

(Feltman Resume)



## James S. Feltman

National Co-Leader – Litigation and Investigative Services
Mesirow Financial Consulting, LLC

666 Third Avenue, 21st Floor
New York, NY 10017
212.808.8370
jfeltman@mesirowfinancial.com

Mr. Feltman's experience in the restructuring industry spans over 30 years and encompasses a broad range of corporate recovery services including, engagements involving business workouts and turnarounds, operational restructuring, fiduciary and related matters. Since the 1980s, he has served as a Bankruptcy Trustee, Examiner and Arbitrator. Additionally, Mr. Feltman served in other fiduciary roles in numerous matters. His industry specialization includes retail, manufacturing and distribution, real estate/construction, aviation, healthcare, financial services, and other industries.

Mr. Feltman's extensive experience acting as a fiduciary includes operating and managing businesses, overall case management, sales and liquidation of assets and business interests, claims development and prosecution, negotiating settlements, and administering claims payment schemes in a variety of cases for more than the last two decades.

Mr. Feltman recently has been a leading commentator on U.S. / Chinese regulatory and capital markets issues and has contributed to numerous articles and interviews. He was featured in a live TV interview on CNBC Asia's "Squawk Box" in a report entitled *Culture Clash Over Corporate Compliance* and contributed to Compliance Week articles - *PCAOB Provides Audit Committees With a Roadmap on Inspection Results* and *U.S.-China Audit Standoff Courting Uncertainty*. He also successfully contributed to the Webinar – *China's Red Flag: What Chinese companies must do to overcome issues surrounding transparency with the global investor community.*

In October 2014, Mr. Feltman was invited to Marrakesh, Morocco to co-present in a workshop on "*Selection and Supervision of Bankruptcy Administrators".* In January 2014, Mr. Feltman spoke at the BBA/AIRA Joint Bankruptcy & Restructuring Program on *"Valuation Topics in Bankruptcy."* In October 2013, Mr. Feltman moderated a panel at the American College of Bankruptcy titled "*Where are we now and how did we get here?*" Also in October, he presented "*Red Flags of Audit Breakdowns – Lessons Learned*" at the Illinois CPA Fraud Conference. In February 2013, Mr. Feltman presented the Knowledge @ Wharton webinar on "*Reverse Mergers: A Looming U.S. – China Showdown over Securities Regulation?"* In addition, Mr. Feltman participated in Bankruptcy Litigation Roundtable for Financier Worldwide in July 2012. He has been quoted and featured in a number of industry and non-industry related publications, including *Bloomberg.com, Bankruptcy Insider, thestreet.com, Crain's Chicago, The Wall Street Journal, Reuters and Business Travel World, ABI Journal*, and *Bankruptcy Law360*.

Mr. Feltman has over two decades of experience with Big 4 Accounting firms, and was previously a partner at Arthur Andersen LLP and KPMG LLP. He is a Fellow of the American College of Bankruptcy, a member of the American Institute of Certified Public Accountants and Florida Institute of Certified Public Accountants. He is a Certified Public Accountant in the State of Florida. From 2002-2008, Mr. Feltman was a member of the Board of Directors of the American Bankruptcy Institute.

---

**EDUCATION**
M.P.S., Cornell University
B.A., University of Wisconsin, Madison

**PROFESSIONAL CERTIFICATIONS**
Certified Public Accountant - Florida
Certified in Financial Forensics
Certified Fraud Examiner

**PROFESSIONAL ASSOCIATIONS**
American Bankruptcy Institute, April 2002 – April 2008, board of directors
American Institute of Certified Public Accountants, member
Florida Institute of Certified Public Accountants, member

**HONORS AND AWARDS**
Fellow, American College of Bankruptcy

---

© 2015 Mesirow Financial Holdings, Inc. All rights reserved.



# James S. Feltman

Bankruptcy Trustee Appointments

| Case Name | Case No. | Filing Date | Appointment Date | Role | Attorney/ Contact | Firm Name | Industry |
|---|---|---|---|---|---|---|---|
| BKC | Various | 1988-2004 | 1988-2004 | Chapter 11 and Chapter 7 Trustee | Felicia S. Turner / Steven Turner | Office of the U.S. Trustee, Atlanta, GA | Various |
| AeroFloral, Inc. | 01-16367-BKC-RAM | 6/13/2001 | 7/17/2001 | Trustee | David M. Levine | Tew Cardenas, Miami, FL | Distribution |
| Empresa De Transporte Aero Del Peru, S.A., Debtor | 99-13741-BCK-AJC | 4/21/1999 | 9/8/1999 | Trustee | David Cimo | Genovese, Lichtman, Joblove & Battista, P.A., Miami, FL | Aviation |
| Aviation Composites Services, Inc. | 01-18236-BKC-AJC | 2002 | 3/21/2002 | Trustee | Brian Behar | Behar Gutt & Glazer, Aventura, FL | Aviation |
| Bandsawe Residual Corp., Debtor | 99-15698-BKC-RAM | 6/11/1999 | 8/18/1999 | Trustee | Jerry Markowitz | Markowitz, Davis, Ringel & Trusty, P.A., Miami, FL | Professional Services – Legal |
| Blackwell & Walker, P.A. | 96-10862-BKC-RAM | 2/14/1996 | 3/8/1996 | Trustee | Arnold Schatzman | Schatzman & Schatzman, Miami, FL | Professional Services – Legal |
| Book Wholesalers Inc., Debtor | 96-10521-BKC-RAM | 1/29/1996 | 2/28/1996 | Special Representative / Trustee | Tom Lehman | Tew & Beasley, Miami, FL | Retail |
| C.G.F. Electrical Corp., Debtor | 95-15649 | 11/17/1995 | | Trustee | Brian Behar | Behar, Gutt & Glazer, Aventura, FL | Professional Services |

© 2015 Mesirow Financial Holdings, Inc. All rights reserved.



# James S. Feltman

Bankruptcy Trustee Appointments

| Case Name | Case No. | Filing Date | Appointment Date | Role | Attorney/ Contact | Firm Name | Industry |
|---|---|---|---|---|---|---|---|
| Certified HR Services Company f/k/a The Cura Group, Inc. | 05-22912-BKC-RBR | 5/12/2005 | 5/25/2005 | Trustee | Paul Battista | Genovese Joblove & Battista, Miami, FL | Professional Services |
| Florida Industrial Equipment & Supplies, Inc., Debtor | 91-14374-BKC-PGH | 1991 | 8/15/1993 | Trustee | Ilyse Homer | Stroock, Stroock & Lavan, Miami, FL | Retail |
| Glenbeigh Hospital of Miami, Inc., *et al.*, Debtors | 93-11057-BKC-AJC | 1993 | 6/30/1993 | Trustee | Patricia Redmond | Stearns, Weaver, Miller, *et al.*, Miami, FL | Healthcare |
| Joseph Charles & Associates, Inc. | 00-34898-BKC-SHR | 11/1/2000 | 7/6/2001 | Trustee | Kenneth B. Robinson | Rice & Robinson, Miami, FL | Financial Services |
| Lander, Inc., Debtor | 92-10103-BKC-AJC | 1/7/1992 | 5/7/1993 | Trustee | F. Lorraine Jahn | Mershon, Sawyer, *et al.*, Miami, FL | Retail |
| Marathon Manor, Inc. | 01-10599-BKC-AJC | 1/24/2001 | 5/16/2001 | Trustee | Frank P. Terzo | Holtzman Equels & Furia, Miami, FL | Healthcare |
| Phoenix Continental Corp. and Flightline of America, L.C. | 97-25400-BKC-PGH and 97-25401 | 8/1997 | 9/9/1997 | Trustee | Thomas R. Lehman | Tew & Beasley, Miami, FL | Aviation |



© 2015 Mesirow Financial Holdings, Inc. All rights reserved.

# James S. Feltman

Bankruptcy Trustee Appointments

| Case Name | Case No. | Filing Date | Appointment Date | Role | Attorney/ Contact | Firm Name | Industry |
|---|---|---|---|---|---|---|---|
| Suncoast Towers South Associates | 98-10537 | 1998 | 3/1998 | Trustee | Linda G. Worton | Greenberg, Traurig, Miami, FL | Real Estate |
| Sophisticated Communications, Inc. | 001-17635-BKC-AJC | 8/28/2000 | 5/25/2001 | Trustee | Brian S. Behar | Behar Gutt & Glazer, Aventura, FL | Telecom |
| TCPI, Inc. | 01-24937-BKC-RBR | 7/3/2001 | 10/4/2001 | Trustee | Jerry M. Markowitz | Markowitz, Davis, Ringel & Trusty, P.A., Miami, FL | Healthcare |
| TUSA Florida, Inc., *et al.*, Debtors | 93-10748-BKC-SMW, 93-10759-BKC-SMW, 93-10928-BKC-SMW | 2/26/1993 | 5/14/1993 | Trustee | John Genovese | Kelley Drye & Warren, Miami, FL | Transporta-tion |
| United Information Systems, Inc. | 98-16621-BKC-AJC, 98-16634-BKC-AJC | 7/22/1998 | 9/28/1998 | Trustee | Jerry Markowtiz | Markowitz, Davis, Ringel & Trusty, P.A., Miami, FL | Distribution |
| United Forming, Inc. | 92-11113-BKC-SMW | 2/24/1992 | 8/14/1992 | Trustee | Lee Mandell | Lee Mandell, P.A., Coral Gables, FL | Construc-tion |
| World Terminal Distribution Corp. | 00-16555-BKC-RAM | 7/25/2000 | 1/19/2001 | Trustee | Allison R. Day | Genovese Lichtman Joblove & Battista, Miami, FL | Distribution |

© 2015 Mesirow Financial Holdings, Inc. All rights reserved.



# James S. Feltman

Bankruptcy Trustee Appointments

| Case Name | Case No. | Filing Date | Appointment Date | Role | Attorney/ Contact | Firm Name | Industry |
|---|---|---|---|---|---|---|---|
| Worldwide Web Systems, Inc. | 00-16067-BKC-RAM | 7/11/2000 | 8/11/2000 | Trustee | Paul S. Singerman | Berger, Davis & Singerman, Miami, FL | Telecom |
| WTI International Corp. | 98-18183-BKC-AJC | 1/25/1999 | 5/1/1999 | Trustee | Arnold Schatzman | Schatzman & Schatzman, Miami, FL | Licensing/ Patents |

© 2015 Mesirow Financial Holdings, Inc. All rights reserved.



## James S. Feltman

Bankruptcy Examiner Appointments

| Case Name | Case No. | Filing Date | Appointment Date | Role | Attorney/ Contact | Firm Name | Industry |
|---|---|---|---|---|---|---|---|
| 25 Travel, Inc. | 92-15634-BKC-SMW | 1992 | | Examiner | | Miami, FL | Retail |
| Aerial Transit Company, Debtor | 92-17033-BKC-AJC | 12/11/1992 | 4/8/1993 | Examiner | Ronald Neiwirth | Semet, Lickstein, *et al.*, Coral Gables, FL | Aviation |
| Jack W. Barrett, Debtor | 93-10562-BKC-AJC | 2/12/1993 | 7/30/1993 | Examiner | Rick Rodgers | Port St. Lucie, FL | Professional Services / Medical |
| Cascade International, Inc., *et al.* | 91-33703-BKC-RAM | 1991 | | Examiner | John Genovese | Kelley Drye & Warren, Miami, FL | Retail |
| Evolution Imports, Inc. | 96-21853-BKC-RAM | 1996 | 6/25/1996 | Examiner | N/A | Miami, FL | Retail |
| F.L.G. Inc., Debtor(s) | 99-10467-BKC-AJC | 1999 | 3/1999 | Examiner | N/A | Miami, FL | Retail |
| Fisher Island Investments, Inc., Mutual Benefits Offshore Fund, Ltd., Little Rest Twelve, Inc. | 11-17047-BKC-AJC, 11-17051-BKC-AJC, 11-17061-BKC-AJC | 2011 | 4/27/2011 | Examiner | N/A. | Miami, FL | Various |

© 2015 Mesirow Financial Holdings, Inc. All rights reserved.



## James S. Feltman

Bankruptcy Examiner Appointments

| Case Name | Case No. | Filing Date | Appointment Date | Role | Attorney/ Contact | Firm Name | Industry |
|---|---|---|---|---|---|---|---|
| Hillard Development Corp. v. Griswold, *et al.* | Adv No. 94-0467-BKC-AJC-A | 5/27/1994 | 2/2/1995 | Examiner | James Boone | James Boone, P.A., Ft. Lauderdale, FL | Insurance |
| Ideas Apparel Group, Inc., Inc., Debtor | 91-B-10398 (CV) New York | 1991 | 6/11/1993 | Examiner | | USBC, New York, NY | Insurance |
| IDEECO, Inc., Debtor | 95-23042-BKC-RBR | 1995 | 8/31/1995 | Examiner | Denyse Heffner | Office of the U.S. Trustee, Miami, FL | - |
| Luke Records, Inc., Debtor | 95-11447-BKC-RAM | 3/28/1995 | 6/20/1995 | Examiner | Amber Donner | Office of the U.S. Trustee, Miami, FL | Entertain-ment |
| M&E Trading Co., Inc., Debtor | 91-15597-BKC-PGH | 1991 | | Examiner | Brent Friedman | Stroock, Stroock & Lavan | Retail |
| Overseas Corp., *et al.*, Debtor | 90-15067-BKC-AJC | 1990 | | Examiner | | USBC, Miami, FL | Real Estate |
| Syntax-Brillian Corporation, *et al.* | 08-114079 (BLS) | 7/8/2008 | 9/2/2008 | Examiner | Steven M. Yoder | Potter Anderson & Corroon, Wilmington, DE | Electronics |

© 2015 Mesirow Financial Holdings, Inc. All rights reserved.



# James S. Feltman

Liquidating Trustee Appointments

| Case Name | Case No. | Filing Date | Appointment Date | Role | Attorney/ Contact | Firm Name | Industry |
|-----------|----------|-------------|------------------|------|-------------------|-----------|----------|
| Aero Systems Inc. / Aero Systems Aviation Corp. | 93-12972-BKC-SMW, 93-12973-BKC-SMW | 8/5/1993 | 5/12/1994 | Liquidating Trustee | Ronald Neiwrith | Semet, Lickstein, *et al.*, Coral Gables, FL | Aviation |
| American Way Service Corp., Debtor | 94-24696-BKC-RBR | 12/2/1994 | 10/12/1995 | Liquidating Trustee | Paul J. Battista | Genovese, Joblove & Battista, P.A., Miami, FL | Insurance |
| Certified HR Services Company Liquidating Trust | 05-22912-BKC-RBR | 11/27/2007 | 11/27/2007 | Liquidating Trustee | Paul J. Battista | Genovese, Joblove & Battista, P.A., Miami, FL | Professional Services |
| L. Luria Liquidating Trust | 97-16731-BKC-Ram (CH 11) | 1997 | 6/1/1998 | Liquidating Trustee | Brian Kriger | Traub, Fox & Bonequist, New York, NY | Retail |
| Mission Health, Inc. | 99-5019-3F1 | 1999 | 10/18/2000 | Liquidating Trustee | Edwin W. Held, Jr. | Fischette Owen Held & McBurney, Jacksonville, FL | Healthcare |
| Rich International Airways, Inc. Liquidating Trust | 96-17399-BKC-RAM | 1996 | 5/1998 | Liquidating Trustee | Peter Levitt | Adorno & Zeder, Miami, FL | Aviation |
| Levitt and Sons, LLC, *et al.* | 07-19845-BKC-RBR | 11/9/2007 | 12/21/2007 | Liquidating Trustee | Paul J. Battista | Genovese, Joblove & Battista, P.A., Miami, FL | Real Estate |
| Pharmasystems Holding Corporation, Debtor | 99-14626-RAM | 5/13/1999 | 5/17/1999 | Liquidating Trustee | Craig Rieders | Genovese, Joblove & Battista, P.A., Miami, FL | Retail |



© 2015 Mesirow Financial Holdings, Inc.  All rights reserved.

# James S. Feltman

Other Roles

| Case Name | Case No. | Filing Date | Appointment Date | Role | Attorney/ Contact | Firm Name | Industry |
|-----------|----------|-------------|------------------|------|-------------------|-----------|----------|
| DeCiccio Floral Corp. d/b/a American Floral Distributors | 96-03762 CA15 | 2/22/1996 | 2/29/1996 | Assignee for the Benefit of Creditors | Robert A. Schatzman | Schantz, Schatzman & Aaronson, Miami, FL | Distribution |
| Carbotex, Inc. Assignor | 97-27655 CA (11) | | | Assignee for the Benefit of Creditors | Paul L. Orshan | Kluger, Peretz, Kaplan & Berlin, P.A., Miami, FL | Retail |
| FJC Amusements, Inc. as a general partner of a joint partnership, Niagara Flume Partnership, Plaintiff, and Triple D of Lakeland, defendant | N/A | | 2008 | Arbitrator | Joel S. Fass | Colodny, Fass, Talenfeld, Karlinsky & Abate, P.A., Ft. Lauderdale, FL | Entertainment |
| Fyffes Bananas International v. Proyecto La Cruz Manzanillo | N/A | | 8/1994 | Arbitrator | Tom Murphy | Fyffes Bananas International, Ft. Lauderdale, FL | Agriculture |
| Hi-Tech Computer Products, Inc., *et al.*, v. NationsBank of Florida | 92-11601 (08) Broward Circuit Ct. | 1992 | 12/3/1992 | Special Master | Frank Sinagra | Haley, Sinagra & Perez, P.A., Ft. Lauderdale, FL | Technology |
| Larry Kline Wholesale Meats & Provisions, Inc. v. David Freeman | N/A | | 11/2007 | Mediator | Joel S. Fass | Colodny, Fass, Talenfeld, Karlinsky & Abate, PA, Ft. Lauderdale, FL | Distribution |
| Metso Oyj and Svedala Industries, AB | Docket No. C-4024, File No. 001-0186 | | 9/7/2001 | Interim Monitor-FTC | M. Elaine Johnston | White & Case, New York, NY | Mfg. |

© 2015 Mesirow Financial Holdings, Inc. All rights reserved.



# James S. Feltman

Other Roles

| Case Name | Case No. | Filing Date | Appointment Date | Role | Attorney/ Contact | Firm Name | Industry |
|---|---|---|---|---|---|---|---|
| The Estate of Ralph Laurence Devine, Deceased | Probate Division, File Number: 98-3651, Division: 04 | 6/1999 | 12/1998 | Co-Curator | David Glazer | Behar, Gutt & Glazer | Probate Estate |
| ABC for Tasco Worldwide, Inc. and Celestron International | Multiple | 2002 | 5/2002 | Assignee for the Benefit of Creditors | Ronald L. Leibow | Kay Scholer LLP, Los Angeles, CA | Mfg./Retail |
| Value City Department Stores, LLC | 08-14197 | 10/26/2008 | 1/23/2008 | President and CRO | John Longmire | Willkie Farr & Gallagher LLP, New York, NY | Retail |
| General Trading, Inc. v. Yale Materials Handling Corp. | 88-0061-CIV-Bandstra | 1988 | 4/15/1994 | Federal Receiver | Philip Allen | Litow, Cutler, Zabludowski, *et al.*, Miami, FL | - |



© 2015 Mesirow Financial Holdings, Inc. All rights reserved.

# **EXHIBIT B**

(Interested Parties)

| **Name/Company** |
| --- |
| TS Employment Inc |
| Cassera, Robert |
| Corporate Resource Services, Inc. |
| Internal Revenue Service |
| IRS |
| Comptroller of Maryland |
| IBF |
| New York State Department of Tax & Finance |
| NYS Dept of Tax & Finance |
| PA Department of Revenue |
| Pennsylvania Department of Revenue |
| State of Arizona Department of Revenue |
| State of Arkansas Department of Finance |
| State of California Employment Development Department |
| State of Georgia Department of Revenue |
| State of Illinois Department of Employment Services |
| State of Indiana Department of Revenue |
| State of Iowa Department of Revenue |
| State of Kentucky Department of Revenue |
| State of Michigan Department of Treasury |
| State of New Jersey Division of Taxation |
| State of North Carolina Department of Revenue |
| State of Oklahoma Tax Commission |
| State of Oregon Department of Revenue |
| State of Utah Tax Commission |
| State of West Virginia Tax Department |
| Wilmer Hale |

<u>**EXHIBIT C**</u>

<u>**ETHICAL WALL AND TRADING WALL PROCEDURES**</u>

1.        Mesirow Financial has established an "<u>Ethical Wall</u>" between MFC and the other subsidiaries, divisions and units of Mesirow Financial.  The Ethical Wall prohibits MFC from sharing confidential or non-public information concerning the Debtors and these cases with any other employees of Mesirow Financial.  Likewise, the Ethical Wall prohibits any employees of Mesirow Financial from sharing confidential or non-public information concerning the Debtors and these cases with any employee of MFC.  Mesirow Financial and MFC have informed all employees of the Ethical Wall procedures.

2.        In addition to the Ethical Wall, Mesirow Financial has also established a "<u>Trading Wall</u>".  In the ordinary course of business, Mesirow Financial, Inc. ("<u>MFI</u>"), Mesirow Financial's affiliated broker-dealer, may purchase or sell securities on a principal or agency basis.  MFI also executes securities transactions on behalf of clients of introducing broker-dealers or unaffiliated investment advisors.  In the ordinary course of business, Mesirow Financial's affiliated investment advisor subsidiaries, together with MFI (collectively, the "<u>Mesirow BD/IA Subsidiaries</u>"), may purchase securities, sell securities and/or provide investment advice to retail or institutional clients on a non-discretionary or discretionary basis.  The securities transacted by the Mesirow BD/IA Subsidiaries may include securities issued by the Debtors, creditors, stakeholders or other parties-in-interest in these cases ("<u>Related Securities</u>").

3.        Mesirow Financial has implemented certain Trading Wall procedures to ensure that information concerning transactions by the Mesirow BD/IA Subsidiaries in Related Securities, as well as other securities transactions by the Mesirow BD/IA Subsidiaries, will not be available to the employees of MFC.  These Trading Wall procedures also permit the Mesirow BD/IA Subsidiaries to act in the best interest of their clients and in accordance with securities laws.  The Mesirow BD/IA Subsidiaries are operated as separate and distinct subsidiaries from MFC.  Mesirow Financial has informed the employees of the Mesirow BD/IA Subsidiaries and MFC of the Trading Wall procedures.

# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                          :
In re                                  :          Chapter 11
                                            :
TS EMPLOYMENT, INC.,          :          Case No. 15-10243 (MG)
                                            :
                    Debtor.             :
                                          :
------------------------------------------------------X

## <u>ORDER APPROVING THE APPOINTMENT OF THE CHAPTER 11 TRUSTEE</u>

        Upon the United States Trustee's Application for Entry of an Order Approving the

Appointment of the Chapter 11 Trustee, dated February 27, 2015; and it appearing that James S.

Feltman, a disinterested person within the meaning of 11 U.S.C. § 101(14), has been appointed

by the United States Trustee as the Chapter 11 trustee in the above-captioned case for the Debtor,

and after due deliberation and sufficient cause appearing thereof; it is hereby

        **ORDERED**, that the appointment of James S. Feltman, as Chapter 11 trustee, is

approved, pursuant to 11 U.S.C. § 1104(d).

Dated: _____, 2015
          New York, New York


                                    _____
                                        MARTIN GLENN
                           United States Bankruptcy Judge