**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

TS EMPLOYMENT, INC.,

               Debtor.

Chapter 11

Case No. 15-10243 (MG)

**ORDER PURSUANT TO FED. R. BANKR. P. 2004 AUTHORIZING THE UNITED STATES OF AMERICA TO ISSUE SUBPONEAS FOR THE PRODUCTION OF DOCUMENTS AND FOR DEPOSITION TESTIMONY**

Upon the application of the United States of America for an order authorizing issuance of subpoenas for the production of documents and deposition testimony, it is hereby

**ORDERED** that:

1. The application of the United States of America is **GRANTED** to the extent provided for herein.

2. The United States of America is authorized to issue subpoenas for the production of documents and for deposition testimony consistent with FED. R. BANKR. P. 9016, concerning any asset, liability, duty, obligation, contract, transaction, or any other issue related to the Debtor, upon any entity identified in Exhibit A attached hereto, which consist of currently known entities that may be related to the Debtor through common ownership and/or control (the "Affiliates"), and any current or former employee, principal, agent, officer, or owner thereof; any accountant of the Debtor or its Affiliates, including but not limited to Kossoff & Kossoff LLP; Lilling & Company LLP; Rosen, Seymore, Shapes, Martin & Company LLP; and Crowe Horwarth LLP, and any current or former employee, principal, agent, officer, or owner thereof; and Wells Fargo, N.A., or any subsidiary thereof which conducted any business with the Debtor or its Affiliates, and any current or former employee, principal, agent, officer, or owner thereof.

3. If any entity or person who receives a subpoena for the production of documents pursuant to this Order withholds any document on the basis of an asserted privilege, that entity is directed to provide a privilege log in accordance with FED. R. BANKR. P. 7026 to the United States Attorney's Office, Attn: Arastu K. Chaudhury, 86 Chambers Street, New York, NY 10007, so as to be received with the document production required by the subpoena, or at such time as mutually agreed to by the United States of America and the subpoenaed entity or person.

4. Any subpoena issued pursuant to this Order shall provide at least 14 days notice to the recipient to provide the recipient an opportunity to object to the subpoena or to file any motion with the Court.

5. This Order is without prejudice to the rights of the United States of America or any other party to apply for any further relief, including but not limited to further relief under FED. R. BANKR. P. 2004.

**IT IS SO ORDERED.**

Dated: April 8, 2015
       New York, New York

                                                     **/s/Martin Glenn**
                                                      MARTIN GLENN
                                          United States Bankruptcy Judge

# EXHIBIT A

LIST OF DEBTOR AFFILIATED ENTITIES:

1. Tri-State Employment Services
2. Tri-State Employer Services
3. Broadway PEO
4. Carusso Staffing
5. STS Group
6. Tri-State SC
7. Tri-Odyssey
8. Tri-State North Carolina
9. TSE-PEO
10. Tri-Tel Communications
11. Regal USA Construction
12. Broadway Wallboard
13. Corporate Resource Services
14. Diamond Staffing Services
15. Insurance Overload Services
16. Accountabilities
17. Corporate Resource Development Inc.
18. TS Staffing Services, Inc.
19. Integrated Consulting Group
20. Flex Recruitment Plus (UK)
21. The CRS Group Inc.
22. Summit Software
23. Nationwide Screening Services
24. The CRS Group Managed Services Provider
25. Tri-State Solutions Inc. • Today's PEO Inc.
26. Tri-State Entertainment Production PEO, Inc.
27. National Payroll Service, Inc.
28. Solutions H2 Corp.
29. Justin & Brooks, Inc.
30. Tri-State Staffing, Inc.
31. R & D Metro, Corp.

32. Tri-Diamond Staffing Inc.

33. A Temporary Staffing Inc.

34. Tri-State CRM, Inc.

35. Administrative Support Management, Inc.

36. D&D Staffing Corp.

37. CRS Group of Delaware

38. D&D Staffing of New York, Corp.

39. Insurance Overload Staffing

40. TS Staffing Corp.

41. DC Restaurants, LLC

42. Tri-Overload Staffing Inc.

43. Kevlar Solutions, Inc.

44. Shcarizo Restaurant Group, Inc.

45. R & D Staffing Inc.

46. Tri-State Personet Corp.