Aaron R. Cahn
Justin A. Greenblum
Robert J.A. Zito
CARTER, LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

ATTORNEYS FOR CORPORATE RESOURCE SERVICES, INC.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re | Chapter 11 |
| TS EMPLOYMENT, INC. | Case No. 15-10243 (MG) |
| Debtor. |  |

**STATEMENT BY CORPORATE RESOURCE SERVICES, INC. AND CARTER LEDYARD & MILBURN LLP IN OPPOSITION TO *EX PARTE* APPLICATION BY CHAPTER 11 TRUSTEE FOR AN ORDER TO ENSURE PRESERVATION OF DOCUMENTS AND TO ALLOW THE TRUSTEE IMMEDIATE ACCESS TO COMPUTERS AND SERVERS (Doc. No. 60)**

Corporate Resource Services, Inc. ("CRS"), by its undersigned counsel, herewith joins in the objection (the "Objection") of Tri-State Employment Services, Inc. ("Tri-State"), and Prokauer Rose LLP ("Proskauer") to the *ex parte* application by the Chapter 11 Trustee to Ensure Preservation of Documents and other relief (Doc. No. 98). Carter Ledyard & Milburn LLP ("Carter"), on its own behalf, also joins in the Objection with respect to relief sought directly against it.

1. As succinctly set forth in the Objection, the Trustee and his counsel have brought on an application which, as to the corporate parties, is almost entirely moot, and which as to the law firms, Proskauer and Carter, they have already conceded to be unnecessary and inappropriate.

2. As noted in the Objection, no facts are stated that would support any relief against either law firm, and Trustee's counsel has conceded that no such facts exist. Discovery against the two corporate parties is nearly complete, and the Trustee does not suggest any rational basis for court intervention.

3. The Trustee presents only the rankest of speculation as to the need for any of the relief sought in this motion. Indeed, as the Objection sets forth, the entire basis for the Trustee's allegations of fraud and misconduct may be entirely misguided and the result of misreading of relatively straightforward financial records. But even without that, the Trustee has obtained or is in the process of obtaining without resistance, all the information he requires or could conceivably require. The only effect of this application is to waste estate resources and concomitantly to drive up the costs for the parties who need to resist frivolous applications such as this.

WHEREFORE, CRS and Carter request that this application be denied in all respects.

Dated:  New York, New York
        April 22, 2015

                                        CARTER, LEDYARD & MILBURN LLP


                                        By:   __/s/ Aaron R. Cahn_____
                                              Aaron R. Cahn
                                              Justin A. Greenblum

7615511.1

Robert J.A. Zito
Carter, Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Attorneys for Corporate Resource
Services, Inc.