| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Albert Togut<br>Jeffrey R. Gleit | STATUS CONFERENCE DATE:   8/18/15<br>                                            AT:   2:00 P.M. |

*Counsel to James S. Feltman,*
 *Not Individually But Solely in His Capacity*
 *as Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
TS EMPLOYMENT, INC.,                                        :   Case No. 15-10243 (MG)
                                                            :
              Debtor.                                       :
                                                            :
----------------------------------------------------------- x

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference will be conducted before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on **August 18, 2015 at 2:00 p.m. (prevailing Eastern time)**, immediately preceding the hearing to consider entry of an order approving the *Application to Transfer Venue of the Chapter 11 Case of Corporate Resource Services, Inc. and Its Affiliated Entities from the United States Bankruptcy Court for the District of Delaware to this District*.

| | |
|---|---|
| Dated: August 7, 2015<br>         New York, New York | JAMES S. FELTMAN<br>Not Individually But Solely in His<br>Capacity as Chapter 11 Trustee<br>By His Attorneys,<br>TOGUT, SEGAL & SEGAL LLP<br>By:<br><br>/s/Jeffrey R. Gleit                                 <br>ALBERT TOGUT<br>JEFFREY R. GLEIT<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000 |