UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X
                                    :

In re:                                  :         Chapter 11
                                      :

TS EMPLOYMENT, INC.,       :         Case No. 15-10243 (MG)
                                      :

                Debtor.       :

-------------------------------------------------------- X

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**<u>Reservation of Rights</u>**

The attached Schedules and Statements are unaudited and subject to further review and potential adjustment. In preparing the Schedules and Statements, the Chapter 11 Trustee (the "Trustee") relied on financial data derived from the Debtor's books and records that were available at the time of preparation. The Trustee has made reasonable efforts to ensure the accuracy and completeness of such financial information; however, the Trustee cannot verify the accuracy and completeness of the information contained in the Debtor's books and records, and discovery of additional information may result in material changes to the Schedules and Statements and inadvertent errors, omissions or inaccuracies may exist. The Trustee reserves all of his rights to amend or supplement these Schedules and Statements.

Moreover, because the Schedules and Statements contain unaudited information, which information is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete. Furthermore, nothing contained in the Schedules and Statements constitute a waiver of rights with respect to this Chapter 11 case, including, but not limited to, the Trustee's rights to assert any claims, defenses or causes of action relating to equitable subordination and/or causes of actions and defenses arising under Chapter 5 of the Bankruptcy Code to recover assets, avoid transfers, object to claims or collect money owed.

Nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of any of the Trustee's rights to assert claims or defenses. For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "unsecured priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Trustee of the legal rights of the claimant, or a waiver of the Trustee's right to recharacterize or reclassify such claim or contract. Failure to designate any claim as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Trustee that such amount is not "disputed," "contingent" or "unliquidated."

**Peachtree**
All financial information presented in the Schedules and Statements has been sourced
from the Debtor's Peachtree accounts system ("Peachtree"). Amounts in Peachtree have
not yet been reconciled or verified. Cash Disbursement information is presented as
maintained in Peachtree and may or may not include adjustments for voided or returned
items.

**"As of" Information Date**
Unless otherwise indicated, all amounts listed in the Schedules and Statements are as of
the close of business on January 31, 2015, the closest date available to the February 2,
2015 filing date in this case (the "Filing Date"). There does not appear to have been any
activity recorded in Peachtree between January 31, 2015 and the Filing Date.

**Undetermined Amounts**
The description of an amount as "unknown," "unliquidated," or "undetermined" is not
intended to reflect the materiality of such amount.

**SCHEDULES**

**Schedule A/B**
Cash and restricted cash are stated at the book balance as of January 31, 2015. The
Debtor's cash accounts had a negative balance of $7,382,087 as of January 31, 2015, and
the Debtor's books and records have not been reconciled to their bank statements. Note
that as of the Filing Date, the Debtor had approximately 25,000 uncashed checks per its
positive pay system in the approximate aggregate amount of $4.1 million (an average
check of $162) (the "Uncashed Checks"). At approximately the time of the Filing Date,
the Debtor instructed its banks to remove these checks from positive pay. It is unclear
whether these checks were voided and reissued, but they do not appear to represent actual
liabilities and as such have not been included in these Schedules. The Trustee has not
attempted, and it would not be cost effective for the estate, to reconcile the Debtor's
books and records, including items noted as uncashed, to the Debtor's bank statements.

Accounts Receivable includes approximately $63.5 million due from related entities
These amounts have not been reconciled. The Debtor collected amounts due from related
parties after the Filing Date but no reconciliation of those amounts has been performed.
The remaining $869 thousand represents a NYS SUTA refund receivable.

The line item "Workers Comp Collateral Deposit" represents the Debtor's interest in
collateral held by Lumbermen's Underwriting Alliance. The Chapter 11 Trustee does not
believe the Debtor currently has control of this collateral, but nothing herein constitutes a
waiver of any rights in favor of the Trustee and the Debtor's estate in connection with
such collateral.

**<u>Schedule E/F</u>**

Priority Unsecured Claims-

The listing of any claim on Schedule E does not constitute an admission by the Trustee that such claim is entitled to priority under section 507 of the Bankruptcy Code. The Trustee reserves the right to dispute the priority status of any claim on any basis. While reasonable efforts have been made, determination of the date upon which each claim in Schedule E was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Trustee does not list a date for each claim listed on Schedule E.

Amounts due to various taxing authorities have been presented as unknown because the Debtor's books and records were not reconciled to tax return filings and are likely to be incorrect. Additionally, pre-petition amounts filed for taxes due are subject to review by the appropriate taxing authorities. It would not be cost effective for the estate to reconcile these amounts to the Debtor's books and records.  In the Debtor's first motion seeking an order authorizing payment of pre-petition wages and salaries, the Debtor represented that there are unpaid payroll tax obligations due to the Internal Revenue Service for 2013, 2014 and 2015. The Trustee anticipates that additional tax obligations may be due and owing by the Debtor.

The Debtor was a professional employer organization (a "PEO") and at various times was considered to have been the employer of thousands of employees for the Debtor's related party affiliates.  The Debtor's books and records do not reflect amounts due to individual employees and it is not clear whether the Uncashed Checks that were removed from positive pay noted above represent actual liabilities of the Debtor.

Unsecured claims-

The Debtors books and records reflect certain payables to related parties. These amounts have not been verified and it is noted that prior to the Filing Date, the Debtor appears to have made adjustments to these balances in excess of $120 million including adjustments relating to Workers Compensation Collateral. As these balances are not known at this time, amounts have been listed as unknown.

In certain instances, the Debtor's books and records reflect certain accrued expenses for which the payee is not readily identifiable and these amounts have not been included in the schedules.

| Fill in this information to identify the case |
| --- |

| | |
| --- | --- |
| Debtor name | **TS Employment, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known) | **15-10243** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                              Current value of debtor's interest

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo** | **Checking account** | 4 | 6 | 6 | 2 | ($540,740.00) |
| 3.2. | **Wells Fargo** | **Checking account** | 4 | 6 | 7 | 0 | ($1,158,163.00) |
| 3.3. | **Wells Fargo** | **Checking account** | 1 | 6 | 8 | 6 | ($2,692,895.00) |
| 3.4. | **Wells Fargo** | **Checking account** | 5 | 3 | 5 | 8 | ($24,445.00) |
| 3.5. | **Wells Fargo** | **Checking account** | 3 | 0 | 0 | 2 | ($337,452.00) |
| 3.6. | **Chase** | **Checking account** | 9 | 6 | 6 | 9 | ($212,313.00) |
| 3.7. | **Chase** | **Checking account** | 9 | 6 | 7 | 7 | ($583,929.00) |
| 3.8. | **Citi** | **Checking account** | 9 | 3 | 9 | 5 | $984.00 |
| 3.9. | **Santander** | **Checking account** | 0 | 7 | 3 | 9 | ($229,955.00) |
| 3.10. | **Santander** | **Checking account** | 7 | 2 | 4 | 0 | ($1,603,179.00) |

4. **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

   _____        _____

   _____        _____

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.    **($7,382,087.00)**

## Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

_____    _____

_____    _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

_____    _____

_____    _____

9.  **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.    **$0.00**

## Part 3:  Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

11.  **Accounts receivable**

11a.  90 days old or less:    **$64,318,287.00**  –  **$0.00**  = ............. ➔    **$64,318,287.00**
face amount    doubtful or uncollectible accounts

11b.  Over 90 days old:    **$0.00**  –  **$0.00**  = ............. ➔    **$0.00**
face amount    doubtful or uncollectible accounts

12.  **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$64,318,287.00**

## Part 4:  Investments

13.  **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

_____    _____    _____

_____    _____    _____

Debtor 1    TS Employment, Inc.    Doc 170    Filed 12/15/15    Entered 12/15/15 15:33:54    Main Document
Name
Pg 6 of 57    Case number (if known) 15-10243

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:        % of ownership:

_____   _____   _____   _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

_____    _____

_____    _____

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.      **$0.00**

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.      **$0.00**

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.**  **Crops--either planted or harvested**

_____    _____    _____    _____

**29.**  **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

_____    _____    _____    _____

**30.**  **Farm machinery and equipment**  (Other than titled motor vehicles)

_____    _____    _____    _____

**31.**  **Farm and fishing supplies, chemicals, and feed**

_____    _____    _____    _____

**32.**  **Other farming and fishing-related property not already listed in Part 6**

_____    _____    _____    _____

**33.**  **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

**$0.00**

**34.**  **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35.**  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.**  **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.**  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

**38.**  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.**  **Office furniture**

_____    _____    _____    _____

**40.**  **Office fixtures**

_____    _____    _____    _____

**41.**  **Office equipment, including all computer equipment and communication systems equipment and software**

_____    _____    _____    _____

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other
    artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
    or baseball card collections; other collections, memorabilia, or collectibles

    _____    _____    _____    _____

    _____    _____    _____    _____

    _____    _____    _____    _____

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                              **$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No.  Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    _____    _____    _____    _____

    _____    _____    _____    _____

    _____    _____    _____    _____

    _____    _____    _____    _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

    _____    _____    _____    _____

49. **Aircraft and accessories**

    _____    _____    _____    _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____    _____    _____    _____

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                              **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$0.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60.  **Patents, copyrights, trademarks, and trade secrets**

61.  **Internet domain names and websites**

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.    **$0.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☑ Yes

**Employee information for customers which the Trustee will keep confidential**

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**71. Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➜ _____
                                        Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

**73. Interests in insurance policies or annuities**

_____        _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____        _____

Nature of claim     _____

Amount requested     _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____        _____

Nature of claim     _____

Amount requested     _____

**76. Trusts, equitable or future interests in property**

_____        _____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **Workers Comp Collateral Deposit** | $56,533,828.00 |
| **Prepaid Expenses** | $2,699.00 |
| **SUTA Deposit** | $11,000.00 |
| **Deferred Tax Asset** | $42,369.00 |

**78. Total of Part 11.**

Add lines 71 through 77.  Copy the total to line 90.          **$56,589,896.00**

Debtor    15-10243-mg    Doc 170    Filed 12/15/15    Entered 12/15/15 15:33:54    Main Document
Name
           Pg 11 of 57

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($7,382,087.00) | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $64,318,287.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9*...........................➜ | | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $56,589,896.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column.   91a. | $113,526,096.00   +   91b. | $0.00 |

**92.** **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92..................................................................................    $113,526,096.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **TS Employment, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known) | **15-10243** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

---

**Part 1:    List Creditors Who Have Secured Claims**

---

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   _____ **$0.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **TS Employment, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known) | **15-10243** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐   No. Go to Part 2.
☑   Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
       If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | **Unknown** | **Unknown** |

**2.1**   Priority creditor's name and mailing address

**Accrued Payroll**

_____
_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

---

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | **Unknown** | **Unknown** |

**2.2**   Priority creditor's name and mailing address

**ADMINISTRATOR UNEMPLOYMENT COMPENSATIO**

**P.O. BOX 2940**

_____

**HARTFORD**            **CT    06104-2940**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Ps Employment, Inc.    15-10243-mg    Doc 170    Filed 12/15/15    Entered 12/15/15 15:33:54    Main Document
Case number (if known)    15-10243

Pg 14 of 57

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

### 2.3  Priority creditor's name and mailing address

**AL DEPT. OF LABOR**

**649 MONROE STREET**

**MONTGOMERY        AL      36131**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(__8__)

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

### 2.4  Priority creditor's name and mailing address

**ALABAMA DEPARTMENT OF REVENUE**

**PO BOX 327483**

**MONTGOMERY        AL      36132-7483**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(__8__)

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

### 2.5  Priority creditor's name and mailing address

**AR DEPARTMENT OF WORKFORCE SERVICES**

**P.O. BOX 8007**

**LITTLE ROCK        AR      72203-8007**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(__8__)

**As of the petition filing date, the claim is:** *Check all that apply.*

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Total claim: **Unknown**    Priority amount: **Unknown**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.6    Priority creditor's name and mailing address**

**AZ Department of Economic Security**

**P.O. Box 6028**

**Phoenix          AZ      85005-6028**

Date or dates debt was incurred

_____

Last 4 digits of account number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **8**  )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **Unknown**      Priority amount: **Unknown**

---

**2.7    Priority creditor's name and mailing address**

**AZ DEPARTMENT OF REVENUE**

**P.O. BOX 29085**

**PHOENIX          AZ      85038-9085**

Date or dates debt was incurred

_____

Last 4 digits of account number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **8**  )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **Unknown**      Priority amount: **Unknown**

---

**2.8    Priority creditor's name and mailing address**

**AZ DEPARTMENT OF REVENUE**

**PO BOX 29009**

**PHOENIX          AZ      85038-9009**

Date or dates debt was incurred

_____

Last 4 digits of account number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **8**  )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **Unknown**      Priority amount: **Unknown**

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.9**    Priority creditor's name and mailing address

**CA- State Board of Equalization**

**P.O. BOX 942879**

**Sacramento**      CA      94279-0095

Date or dates debt was incurred
_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **Unknown**

---

**2.10**    Priority creditor's name and mailing address

**California Employment Development Dept.**

**PO BOX 826276**

**SACRAMENTO**      CA      94230-6276

Date or dates debt was incurred
_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **Unknown**

---

**2.11**    Priority creditor's name and mailing address

**California Franchise Tax Board**

**P.O. BOX 1328**

**RANCHO CORDOVA**

Date or dates debt was incurred
_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **Unknown**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.12**   Priority creditor's name and mailing address

**CALIFORNIA STATE DISBURSEMENT UNIT**

**P.O. BOX 989067**

**WEST SACRAMENTO          CA      95798-9067**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**      Priority amount: **Unknown**

---

**2.13**   Priority creditor's name and mailing address

**CINCINNATI INCOME TAX DIVISION**

**P.O. BOX 634580**

**CINCINNATI          OH      45263-4580**

Date or dates debt was incurred

Last 4 digits of account number   __9__ __2__ __1__ __5__

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**      Priority amount: **Unknown**

---

**2.14**   Priority creditor's name and mailing address

**CITY OF BEDFORD TAX DEPT.**

**P.O. BOX 72450**

**CLEVELAND          OH      44192-0002**

Date or dates debt was incurred

Last 4 digits of account number   __9__ __9__ __3__ __0__

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**      Priority amount: **Unknown**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**      **Priority amount**

---

**2.15**   Priority creditor's name and mailing address

**CITY OF BIRMINGHAM**

**P.O. BOX 830638**

_____

**BIRMINGHAM          AL      35283-0638**

Date or dates debt was incurred

_____

Last 4 digits of account
number    **9    9    3    0**

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**
_____

Is the claim subject to offset?

☑ No
☐ Yes

**Unknown**            **Unknown**

---

**2.16**   Priority creditor's name and mailing address

**City Treasurer**

**EMPLOYER WITHHOLDING TAX**

**P.O. BOX 182489**

**COLUMBUS          OH      43218-2489**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**
_____

Is the claim subject to offset?

☑ No
☐ Yes

**Unknown**            **Unknown**

---

**2.17**   Priority creditor's name and mailing address

**CO STATE TREASURER**

**PO BOX 46541**

_____

**DENVER          CO      80201-6541**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**
_____

Is the claim subject to offset?

☑ No
☐ Yes

**Unknown**            **Unknown**

---

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

### 2.18 Priority creditor's name and mailing address

**COLORADO STATE TREASURER**

**251 East 12th Avenue**

**DENVER**            **CO    80203**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

### 2.19 Priority creditor's name and mailing address

**COMPTROLLER OF MARYLAND**

**REVENUE ADMINISTRATION DIV**

**PO BOX 17132**

**BALTIMORE**            **MD    21297-0175**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

### 2.20 Priority creditor's name and mailing address

**DC TREASURER**

**DC OFFICE OF TAX AND REVENUE**

**P.O. BOX 679**

**WASHINGTON**            **DC    20044-0679**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.21**    Priority creditor's name and mailing address

DE UNEMPLOYMENT COMPENSATION FUND

DE DEPT. OF LABOR

P.O. BOX 41785

PHILADELPHIA     PA     19101-1785

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Taxes

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim:** Unknown    **Priority amount:** Unknown

---

**2.22**    Priority creditor's name and mailing address

DEPARTMENT OF FINANCE & ADMINISTRATION

P.O BOX 9941

LITTLE ROCK     AR     72203-9941

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Taxes

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim:** Unknown    **Priority amount:** Unknown

---

**2.23**    Priority creditor's name and mailing address

DEPARTMENT OF REVENUE

DENVER     CO     80261-0009

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Taxes

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim:** Unknown    **Priority amount:** Unknown

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.24**    Priority creditor's name and mailing address

**DEPARTMENT OF REVENUE SERVICES**

**PO BOX 5055**

**HARTFORD**          **CT**      **06102-5055**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.25**    Priority creditor's name and mailing address

**DETF**

**DE DEPARTMENT OF LABOR**

**P.O. BOX 41780**

**PHILADELPHIA**          **PA**      **19101-1780**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.26**    Priority creditor's name and mailing address

**DIVISION OF EMPLOYMENT SECURITY**

**P.O. BOX 888**

**JEFFERSON CITY**          **MO**      **65102-0888**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.27** | Priority creditor's name and mailing address

Division of taxation Village of Richfiel

VILLAGE OF RICHFIELD

P.O. BOX 100

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

Total claim: **Unknown**    Priority amount: **Unknown**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address

DIVISION OF UNEMPLOYMENT INSURANCE

DEPT. OF UNEMPLOYMENT INSURANC

P.O.BOX 78960

MILWAUKEE          WI     53278-0960

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

Total claim: **Unknown**    Priority amount: **Unknown**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address

DOES

PO BOX 96664

WASHINGTON          DC     20090-6664

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

Total claim: **Unknown**    Priority amount: **Unknown**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.30**    Priority creditor's name and mailing address

**EMPLOYMENT DEPARTMENT**

**P.O. BOX 4395**

**PORTLAND**                    **OR**      **97208-4395**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **Unknown**

---

**2.31**    Priority creditor's name and mailing address

**EMPLOYMENT DEVELOPMENT DEPT**

**PO BOX 826276**

**SACRAMENTO**              **CA**      **94230-6276**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **Unknown**

---

**2.32**    Priority creditor's name and mailing address

**EMPLOYMENT SECURITY COMMISSION**

**PO BOX 26504**

**RALEIGH**                    **NC**      **27611-6504**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **Unknown**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.33** Priority creditor's name and mailing address

**EMPLOYMENT SECURITY DEPARTMENT**

**P.O.BOX 34467**

**SEATTLE          WA      98124-1467**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

**2.34** Priority creditor's name and mailing address

**Fairfield Income Tax**

**PO Box 73852**

**Cleveland OH 44193**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

**2.35** Priority creditor's name and mailing address

**FLORIDA UC FUND**

**FL DEPT. OF REVENUE**

**5050 W. TENNESSEE ST.**

**TALLAHASSEE          FL      32399-0180**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

Debtor    15-10243-mg,   Doc 170   Filed 12/15/15   Entered 12/15/15 15:33:54   Main Document
Ps Employment, Inc.      Case number (if known)   15-10243
Pg 25 of 57

---

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.36**    **Priority creditor's name and mailing address**

**GA DEPARTMENT OF LABOR**

**Suite 752,Sussex Place**

**148 Andrew Young Intl. BLVD,NE**

**ATLANTA**      **GA**    **30303-1751**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim: Unknown**    **Priority amount: Unknown**

---

**2.37**    **Priority creditor's name and mailing address**

**GEORGIA DEPARTMENT OF REVENUE**

**PROCESSING CENTER**

**PO BOX 740387**

**ATLANTA**      **GA**    **30374-0387**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim: Unknown**    **Priority amount: Unknown**

---

**2.38**    **Priority creditor's name and mailing address**

**GREGORY F.X. DALY, COLLECTOR OF REVENUE**

**EARNINGS & PAYROLL TAX DIVISIO**

**P.O. BOX 66966**

**ST. LOUIS**      **MO**    **63166-6966**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim: Unknown**    **Priority amount: Unknown**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.39**  Priority creditor's name and mailing address

HAB-LST

BERKHEIMER

P.O. BOX 25156

LEHIGH VALLEY           PA       18002-5156

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Taxes

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.40**  Priority creditor's name and mailing address

IDAHO DEPARTMENT OF LABOR

CASHIER

317 W MAIN STREET

BOISE                ID       83735-0610

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Taxes

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.41**  Priority creditor's name and mailing address

IDES

ILLINOIS DEPT OF EMPLOYMENT SE

P.O. BOX 19300

SPRINGFIELD           IL       62794-9300

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Taxes

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

| **2.42** | Priority creditor's name and mailing address | | Total claim | Priority amount |

**IL DEPARTMENT OF REVENUE**

**P.O. BOX 19045**

**SPRINGFIELD            IL      62794-9045**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**        Priority amount: **Unknown**

---

| **2.43** | Priority creditor's name and mailing address |

**INDIANA DEPARTMENT OF REVENUE**

**P.O. BOX 7221**

**INDIANAPOLIS          IN      46207-7221**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**        Priority amount: **Unknown**

---

| **2.44** | Priority creditor's name and mailing address |

**INDIANA DEPT. OF WORKFORCE DEVELOPMENT**

**P.O. BOX 7054**

**INDIANAPOLIS          IN      46207-7054**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**        Priority amount: **Unknown**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|
| | Unknown | Unknown |

**2.45**   Priority creditor's name and mailing address

**INTERNAL REVENUE SERVICE**

**59-17 Junction Blvd**

**Rego Park                NY      11368**

Date or dates debt was incurred

**2013 4th Qtr**

Last 4 digits of account
number        ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(    **8**    )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|
| | Unknown | Unknown |

**2.46**   Priority creditor's name and mailing address

**INTERNAL REVENUE SERVICE**

**59-17 Junction Blvd**

**Rego Park                NY      11368**

Date or dates debt was incurred

**2014 4TH QTR**

Last 4 digits of account
number        ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(    **8**    )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|
| | Unknown | Unknown |

**2.47**   Priority creditor's name and mailing address

**INTERNAL REVENUE SERVICE**

**59-17 Junction Blvd**

**Rego Park                NY      11368**

Date or dates debt was incurred

**2015 1ST QTR**

Last 4 digits of account
number        ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(    **8**    )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

**2.48**  Priority creditor's name and mailing address

**IOWA DEPARTMENT OF REVENUE**

**PO BOX 10411**

**DES MOINES**          IA      **50306-0411**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**     Priority amount: **Unknown**

---

**2.49**  Priority creditor's name and mailing address

**IOWA WORKFORCE DEVELOPMENT**

**PO BOX 4846**

**DES MOINES**          IA      **50306-4846**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**     Priority amount: **Unknown**

---

**2.50**  Priority creditor's name and mailing address

**JOB SERVICE NORTH DAKOTA**

**UI/BUSINESS SERVICES**

**P.O. BOX 5507**

**BISMARCK**          ND      **58506-5507**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**     Priority amount: **Unknown**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**        **Priority amount**

**2.51**  Priority creditor's name and mailing address

**KANSAS DEPARTMENT OF REVENUE**

**915 SW HARRISON ST**

**TOREKA            KS      66625-1000**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Unknown        Unknown**

**2.52**  Priority creditor's name and mailing address

**KANSAS EMPLOYMENT SECURITY FUND**

**P.O. BOX 400**

**TOPEKA            KS      66601-0400**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Unknown        Unknown**

**2.53**  Priority creditor's name and mailing address

**KENTUCKY DEPARTMENT OF REVENUE**

**COMMONWEALT OF KENTUCKY**

**FRANKFORT          KY      40620-0004**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Unknown        Unknown**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.54**  **Priority creditor's name and mailing address**

KY City of Boone

2950 WASHINGTON STREET

P.O. BOX 960

BURLINGTON          KY     41005

Date or dates debt was incurred
_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **Unknown**   Priority amount: **Unknown**

---

**2.55**  **Priority creditor's name and mailing address**

KY City of Cadiz

63 Main Street

Cadiz          KY     42211

Date or dates debt was incurred
_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **Unknown**   Priority amount: **Unknown**

---

**2.56**  **Priority creditor's name and mailing address**

KY CITY OF FLORENCE

P.O. BOX 1357

FLORENCE          KY     41022-1357

Date or dates debt was incurred
_____

Last 4 digits of account
number     9  9  3  0

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **Unknown**   Priority amount: **Unknown**

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

         **Total claim**         **Priority amount**

**2.57**    Priority creditor's name and mailing address

**LOUISIANA DEPARTMENT OF REVENUE**

**REVENUE PROCESSING CENTER**

**PO BOX 3863**

**BATON ROUGE          LA      70821-3863**

Date or dates debt was incurred

_____

Last 4 digits of account
number       ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim**: Unknown    **Priority amount**: Unknown

---

**2.58**    Priority creditor's name and mailing address

**LOUISIANA WORKFORCE COMMISSION**

**P.O. BOX 94186**

**BATON ROUGE          LA      70804-9186**

Date or dates debt was incurred

_____

Last 4 digits of account
number       ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim**: Unknown    **Priority amount**: Unknown

---

**2.59**    Priority creditor's name and mailing address

**MA DIVISION OF UNEMPLOYMENT ASSI.**

**19 Stanifird  Street**

**5th Floor Revenue**

**BOSTON          MA      02114**

Date or dates debt was incurred

_____

Last 4 digits of account
number       ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim**: Unknown    **Priority amount**: Unknown

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.60**    Priority creditor's name and mailing address

**MAINE REVENUE SERVICES**

**P.O. BOX 1061**

**AUGUSTA**            **ME**    **04332-1061**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is: *Check all that apply.*

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.61**    Priority creditor's name and mailing address

**MASSACHUSETTS DEPARTMENT OF REVENUE**

**P.O. BOX 7038**

**BOSTON**            **MA**    **02204**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is: *Check all that apply.*

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.62**    Priority creditor's name and mailing address

**MD DEPARTMENT OF LABOR**

**OFFICE OF UNEMPLOYMENT INSUR**

**P.O. BOX 17291**

**BALTIMORE**            **MD**    **21297-0365**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is: *Check all that apply.*

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.63**   Priority creditor's name and mailing address

**MDES**

**Mississippi Dep.of Empl.Sec**

**P.O. BOX 22781**

**JACKSON**     **MS**     **39225-2781**

Date or dates debt was incurred
_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** Unknown    **Priority amount:** Unknown

---

**2.64**   Priority creditor's name and mailing address

**MICHIGAN DEPT. OF TREASURY**

**DEPT.77003**

**DETROIT**     **MI**     **48277-0003**

Date or dates debt was incurred
_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** Unknown    **Priority amount:** Unknown

---

**2.65**   Priority creditor's name and mailing address

**MINNESOTA REVENUE**

**P.O. BOX 64439**

**ST.PAUL**     **MN**     **55164-0439**

Date or dates debt was incurred
_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** Unknown    **Priority amount:** Unknown

Debtor    15-10243-mg   Doc 170   Filed 12/15/15   Entered 12/15/15 15:33:54   Main Document
PS Employment, Inc.      Case number (if known)   15-10243
Pg 35 of 57

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.66**   Priority creditor's name and mailing address

**MISSISSIPPI WITHOLDING TAX**

**BUREAU OF REVENUE**

**P.O. BOX 23075**

**JACKSON**      **MS**    **39225-3075**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **Unknown**

---

**2.67**   Priority creditor's name and mailing address

**MISSORI DEPARMENT OF REVENUE**

**PO BOX 999**

**JEFFERSON CITY**      **MO**    **65108-0999**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **Unknown**

---

**2.68**   Priority creditor's name and mailing address

**MN UI FUND**

**P.O. BOX 64621**

**ST. PAUL**      **MN**    **55164-0621**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **Unknown**

## Part 1:      Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|--|--|--|

### 2.69   Priority creditor's name and mailing address

**NEBRASKA  DEPARTMENT OF REVENUE**

**P.O. BOX 98915**

**LINCOLN                    NE      68509-8915**

Date or dates debt was incurred

_____

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **Unknown**     Priority amount: **Unknown**

### 2.70   Priority creditor's name and mailing address

**NEBRASKA  U.C. FUND**

**Department of Labor**

**P.O. BOX 94600**

**LINCOLN                    NE      68509-4600**

Date or dates debt was incurred

_____

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **Unknown**     Priority amount: **Unknown**

### 2.71   Priority creditor's name and mailing address

**NEW MEXICO TAXATION &REVENUE**

**P.O. BOX 25128**

**SANTA FE                   NM      87504-5128**

Date or dates debt was incurred

_____

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **Unknown**     Priority amount: **Unknown**

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
| --- | --- | --- |
|  | Unknown | Unknown |

**2.72**  Priority creditor's name and mailing address

NH - UC

NH EMPLOYMENT SECURITY

P.O. BOX 2058

CONCORD          NH      03302-2058

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

---

|  | Total claim | Priority amount |
| --- | --- | --- |
|  | Unknown | Unknown |

**2.73**  Priority creditor's name and mailing address

NM DEPT. OF WORKFORCE SOLUTIONS

P.O. BOX 2281

ALBUQUERQUE          NM      87103

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

---

|  | Total claim | Priority amount |
| --- | --- | --- |
|  | Unknown | Unknown |

**2.74**  Priority creditor's name and mailing address

NORTH CAROLINA DEPARTMENT OF REVENUE

P.O. BOX 25000

RALEIGH          NC      27640-0615

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.75**    Priority creditor's name and mailing address

**NV EMPLOYMENT SECURITY DIV**

**500 E THIRD ST**

**CARSON CITY        NV    89713-0030**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.76**    Priority creditor's name and mailing address

**NY STATE DEPT. OF TAXATION**

**P.O.BOX 4127**

**BINGHAMTON        NY    13902-4127**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.77**    Priority creditor's name and mailing address

**NYS EMPLOYMENT TAXES**

**PO BOX 4119**

**BINGHAMTON        NY    13902-4119**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

### 2.78 Priority creditor's name and mailing address

**OFFICE OF STATE TAX COMMISSIONER**

**P.O. BOX 5624**

**BISMARCK      ND    58506-5624**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**      Priority amount: **Unknown**

### 2.79 Priority creditor's name and mailing address

**OHIO DEPARTMENT OF TAXATION**

**PO BOX 347**

**COLUMBUS      OH    43216-0347**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**      Priority amount: **Unknown**

### 2.80 Priority creditor's name and mailing address

**OHIO DEPT. OF JOB AND FAMILY SERVICES**

**P.O. BOX 182404**

**COLUMBUS      OH    43218-2404**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**      Priority amount: **Unknown**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.81**  Priority creditor's name and mailing address

**OK EMPLOYMENT SECURITY COMMISSION**

**PO OBX 52004**

**OKLAHOMA CITY            OK      73152-2004**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.82**  Priority creditor's name and mailing address

**OKLAHOMA TAX COMMISSION**

**PO BOX 26860**

**OKLAHOMA CITY            OK      73126-0860**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.83**  Priority creditor's name and mailing address

**OREGON DEPARTMENT OF LABOR**

**PO BOX 14800**

**SALEM            OR      97309-0920**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.84**    Priority creditor's name and mailing address

**PA CITY OF KEY. LST**

**KEYSTONE COLLECTIONS GROUP**

**P.O. BOX 559**

**IRWIN                    PA        15642-0559**

Date or dates debt was incurred

_____

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**
_____

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.85**    Priority creditor's name and mailing address

**PA DEPARTMENT OF REVENUE**

**BUREAU OF IMAGING & DOC. MGMT**

**HARRIBURG                PA        17128-0404**

Date or dates debt was incurred

_____

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**
_____

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.86**    Priority creditor's name and mailing address

**PA UC FUND**

**OFFICE OF UNEMPLOYMENT COMPENS**

**P.O. BOX 60848**

**HARRIBURG                PA        17106-0848**

Date or dates debt was incurred

_____

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**
_____

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.87**    Priority creditor's name and mailing address

**PARKLAND SCHOOL DISTRICT**

**TAX OFFICE**

**P.O. BOX 200**

**OREFIELD            PA      18069-0200**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(__**8**__)

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.88**    Priority creditor's name and mailing address

**Philadelphia Dept of Revenue**

**PO BOX 8040**

**PHILADELPHIA          PA      19101-8040**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(__**8**__)

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.89**    Priority creditor's name and mailing address

**RIET**

**DIVISION OF TAXATION - EMPLOYE**

**ONE CAPITAL HILL STE 36**

**PROVIDENCE            RI      02908-5829**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(__**8**__)

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.90**  **Priority creditor's name and mailing address**

SCESC

SC EMPLOYMENT SECURITY COMMISI

P.O. BOX 7103

COLUMBIA            SC      29202-7103

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **Unknown**     Priority amount: **Unknown**

---

**2.91**  **Priority creditor's name and mailing address**

SD UNEMPLOYMENT INSURANCE DIVISION

SD DEPARTMENT OF LABOR

P.O. BOX 4730

ABERDEEN          SD      57402-4730

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **Unknown**     Priority amount: **Unknown**

---

**2.92**  **Priority creditor's name and mailing address**

STATE OF DELAWARE

DEVISION OF REVENUE

P.O. BOX 8754

WILMINGTON          DE      19899-8754

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **Unknown**     Priority amount: **Unknown**

Debtor    Ps Employment, Inc.                                    Case number (if known)    15-10243

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|
| | Unknown | Unknown |

**2.93**   Priority creditor's name and mailing address

STATE OF MICHIGAN-UNEMPLOYMENT INURANCE

DEPT OF ENERGY,LOBOR & ECONOMI

P.O. BOX 33598

DETROIT                     MI        48232-5598

Date or dates debt was incurred

_____

Last 4 digits of account
number         ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|
| | Unknown | Unknown |

**2.94**   Priority creditor's name and mailing address

STATE OF NEW JERSEY

Division of Employer Accouts

PO BOX 911

TRENTON                     NJ        08625-0911

Date or dates debt was incurred

_____

Last 4 digits of account
number         ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|
| | Unknown | Unknown |

**2.95**   Priority creditor's name and mailing address

STATE OF NJ GROSS INCOME TAX

PO BOX 248

TRENTON                     NJ        08646-0248

Date or dates debt was incurred

_____

Last 4 digits of account
number         ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.96** Priority creditor's name and mailing address

**STATE OF RHODE ISLAND**

**DEVISION OF TAXATION**

**ONE CAPITOL HILL STE 7**

**PROVIDENCE          RI      02908-5809**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.97** Priority creditor's name and mailing address

**STATE OF SOUTH CAROLINA**

**SC DEPARTMENT OF REVENUE**

**COLUMBIA          SC      29214-0004**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.98** Priority creditor's name and mailing address

**TAX ACCOUNT ADMINISTRATION DIVISION W/H**

**WV STATE TAX DEPARTMENT**

**PO BOX 1667**

**CHARLESTON          WV      25326-1667**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| | | Unknown | Unknown |

**2.99**    Priority creditor's name and mailing address

**TN DEPT. OF LABOR & WORFORCE DEVELOPMEN**

**EMPLOYMENT SECURITY DIVISION**

**P.O. BOX 101**

**NASHVILLE**      **TN**      **37202-0101**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| | | Unknown | Unknown |

**2.100**    Priority creditor's name and mailing address

**TOWNSHIP OF LOWER MERION**

**LST TAX COLLECTOR**

**75 E. LANCASTER AVENUE**

**ARDMORE**      **PA**      **19003-2376**

Date or dates debt was incurred

_____

Last 4 digits of account
number   __9__ __9__ __3__ __0__

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| | | Unknown | Unknown |

**2.101**    Priority creditor's name and mailing address

**TREASURER, CITY OF DETROIT**

**PO BOX 67000**

**DETROIT**      **MI**      **48267-1319**

Date or dates debt was incurred

_____

Last 4 digits of account
number   __9__ __9__ __3__ __0__

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.102**  Priority creditor's name and mailing address

**TREASURER, KY UNEMPLOYMENT**

**INSURANCE FUND**

**PO BOX 2003**

**FRANKFORT**          **KY**    **40602-2003**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim:** Unknown     **Priority amount:** Unknown

---

**2.103**  Priority creditor's name and mailing address

**TREASURER, STATE OF MAINE**

**PO BOX 9103**

**AUGUSTA**          **ME**    **04332-9103**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim:** Unknown     **Priority amount:** Unknown

---

**2.104**  Priority creditor's name and mailing address

**TWC**

**TEXAS WORKFORCE COMMISSION**

**P.O. BOX 149037**

**AUSTIN**          **TX**    **78714-9037**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim:** Unknown     **Priority amount:** Unknown

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.105**    Priority creditor's name and mailing address

UNEMPLOYMENT COMPENSATION DIVISION

WV BUREAU OF EMPLOYMENT PROGRA

CONTRIBUTION ACCOUNTING

CHARLESTON                WV    25321-0106

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim: Unknown    Priority amount: Unknown**

**2.106**    Priority creditor's name and mailing address

UTAH DEPT. OF WORKFORCE SERVICES

140 E. 300 SOUTH

P.O. BOX 45233

SALT LAKE CITY            UT    84145-0233

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim: Unknown    Priority amount: Unknown**

**2.107**    Priority creditor's name and mailing address

UTAH STATE TAX COMMISSION

210 NORTH 1950 WEST

SALT LAKE CITY            UT    84134-0180

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim: Unknown    Priority amount: Unknown**

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.108** Priority creditor's name and mailing address

**VEC**

**P.O. BOX 1174**

**RICHMOND**　　　　　VA　　23218-1174

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.109** Priority creditor's name and mailing address

**VIRGINIA DEPARTMENT OF TAXATION**

**PO BOX 27264**

**RICHMOND**　　　　　VA　　23261-7264

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.110** Priority creditor's name and mailing address

**WISCONSIN DEPARTMENT OF REVENUE**

**PO BOX 930931**

**MILWAUKEE**　　　　　VA　　53293-0931

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

Debtor    15-10243-mg    Doc 170    Filed 12/15/15    Entered 12/15/15 15:33:54    Main Document
PS Employment, Inc.      Case number (if known)    15-10243
Pg 50 of 57

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

BROADWAY PEO, INC.

160 Broadway, Suite 1101

☐ Contingent
☑ Unliquidated
☑ Disputed

New York      NY    10038

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☐ No
☑ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115.40** |
|---|---|---|---|

CIT

21146 NETWORK PLACE

☐ Contingent
☑ Unliquidated
☑ Disputed

CHICAGO      IL    60673-1211

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

EXECUTECH SUITES,LLC

4730 SW Macadam Ave

STE 101

PORTLAND      OR    97239

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,190.86** |
|---|---|---|---|

IBF

ATTENTION JAMIE MCCORMICK

910 WEST AMITY

BOISE      ID    83705

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** |

**MAILFINANCE**

**25881 NETWORK PLACE**

**CHICAGO IL 60673-1258**

$979.26

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| | |
|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** |

**PURCHASE POWER**

**P.O. BOX 371874**

**PITTSBURGH PA 15250-7874**

$1,018.81

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| | |
|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address** |

**STS GROUP, INC.**

**160 Broadway, Suite 1101**

**New York        NY    10038**

Unknown

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**    __ __ __ __

---

| | |
|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address** |

**TRI STATE EMPLOYMENT SERVICE INC.**

**160 Broadway, Suite 1101**

**New York        NY    10038**

Unknown

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**    __ __ __ __

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**TRI STATE EMPLOYMENT SERVICES INC.**

**160 Broadway, Suite 1101**

☐ Contingent
☑ Unliquidated
☑ Disputed

**New York**                **NY    10038**

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Last 4 digits of account number** __ __ __ __

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**TRI STATE HEALTH SERVICES**

**160 Broadway, Suite 1101**

☐ Contingent
☑ Unliquidated
☑ Disputed

**New York**                **NY    10038**

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Last 4 digits of account number** __ __ __ __

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**TRI STATE NORTH CAROLINA**

**160 Broadway, Suite 1101**

☐ Contingent
☑ Unliquidated
☑ Disputed

**New York**                **NY    10038**

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Last 4 digits of account number** __ __ __ __

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**TSE-PEO**

**160 Broadway, Suite 1101**

☐ Contingent
☑ Unliquidated
☑ Disputed

**New York**                **NY    10038**

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Last 4 digits of account number** __ __ __ __

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b. + | **$38,354.33** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$38,354.33** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **TS Employment, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known) | **15-10243**    Chapter    **11** |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement - TS Employment and AccountAbilities agree to jointly employ certain employees |
| | State the term remaining | |
| | List the contract number of any government contract | |

**AccountAbilities, Inc.**
**1600 Broadway, Suite 1101**

**New York**                    **NY        10038**

| | | |
|---|---|---|
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement - TS Employment and Corporate Resource Development agree to jointly employ certain employees. |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Corporate Resource Development, Inc.**
**160 Broadway**

**New York**                    **NY        10038**

| | | |
|---|---|---|
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement - TS Employment and Corporate Resource Services agree to jointly employ certain employees. |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Corporate Resource Services**
**160 Broadway**

**New York**                    **NY        10038**

| | | |
|---|---|---|
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement - TS Employment agrees to provide professional employer organization services to Corporate Resource Services. |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Corporate Resource Services, Inc.**
**160 Broadway**

**New York**                    **NY        10038**

Debtor    TS Employment, Inc.    15-10243-mg    Doc 170    Filed 12/15/15    Entered 12/15/15 15:33:54    Main Document    Case number (if known) 15-10243

Pg 55 of 57



## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5** State what the contract or lease is for and the nature of the debtor's interest

Client Service Agreement - TS Employment and Diamond Staffing Services agree to jointly employ certain employees.

Diamond Staffing Services, Inc.

160 Broadway

New York                    NY        10038

State the term remaining

List the contract number of any government contract

---

**2.6** State what the contract or lease is for and the nature of the debtor's interest

Client Service Agreement - TS Employment and Insurance Overload Services agree to jointly employ certain employees

Insurance Overload Services, Inc

160 Broadway, 15th Fl

New York                    NY        10038

State the term remaining

List the contract number of any government contract

---

**2.7** State what the contract or lease is for and the nature of the debtor's interest

Client Service Agreement - TS Employment and Integrated Consulting Group agree to jointly employ certain employees.

Integrated Consulting Group, Inc.

296 Madison Ave

New York                    NY        10017

State the term remaining

List the contract number of any government contract

---

**2.8** State what the contract or lease is for and the nature of the debtor's interest

Client Service Agreement - TS Employment and TS Staffing Services agree to jointly employ certain employees

TS Staffing Services, Inc.

160 Broadway, Suite 15

New York                    NY        10038

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name   **TS Employment, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number   **15-10243**
(if known)

☐ Check if this is an
   amended filing

<u>Official Form 206H</u>

## Schedule H: Codebtors          12/15

**Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |

**Fill in this information to identify the case and this filing:**

Debtor Name    **TS Employment, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number    **15-10243**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/14/2015**         X **/s/ James S. Feltman**
MM / DD / YYYY            Signature of individual signing on behalf of debtor

**James Feltman**
Printed name

**Chapter 11 Trustee**
Position or relationship to debtor
**Subject to the disclaimers in the Global Notes and Statement of Limitations**

Official Form B202        Declaration Under Penalty of Perjury for Non-Individual Debtors