**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>TS EMPLOYMENT, INC.,<br><br>Debtor. | Case No. 15-10243 (MG)<br><br>Chapter 11 |

## THIRD SUPPLEMENTAL STIPULATION AND ORDER TOLLING APPLICABLE STATUTES OF LIMITATIONS WITH RESPECT TO CLAIMS AGAINST KOSSOFF & KOSSOFF LLP

James S. Feltman, not individually but solely in his capacity as Chapter 11 trustee ("Trustee") of the bankruptcy estate of TS Employment, Inc. ("TSE"), and, on the other hand, Kossoff & Kossoff LLP, and Irwin Kossoff and Joseph Silverstein (the "Services Partners" and collectively with Kossoff & Kossoff LLP, "Kossoff," and Kossoff together with the Trustee, the "Parties" or each a "Party"), hereby agree and stipulate:

**WHEREAS**, on February 2, 2015, TSE filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and

**WHEREAS,** the Trustee was appointed the chapter 11 Trustee of TSE's bankruptcy estate; and

**WHEREAS**, on January 19, 2017, the Bankruptcy Court entered a stipulation and order tolling applicable statutes of limitations with respect to the Trustee's claims against Kossoff in the TSE chapter 11 case through February 2018 ("TSE Stipulation"), Dkt. No. 231; and

**WHEREAS**, on February 20, 2018, the Bankruptcy Court entered an amended stipulation and order tolling applicable statutes of limitations with respect to the Trustee's claims

against Kossoff in the TSE chapter 11 case through July 2018 ("Supplemental TSE Stipulation"), Dkt. No. 271; and

**WHEREAS**, on July 20, 2018, the Bankruptcy Court entered a stipulation and order tolling applicable statutes of limitations with respect to the Trustee's claims against Kossoff in the CRS Debtors' chapter 11 cases through August 10, 2018 ("Second Supplemental TSE Stipulation"), Dkt. No. 283; and

**NOW THEREFORE**, the Parties stipulate and agree:

1. Paragraph 1 of the TSE Stipulation shall be superseded and replaced with the following: "The running of any applicable statute of limitations under sections 108, 546(a) and 549(d) of the Bankruptcy Code, and all other time limitations or time-based defenses concerning any claim or cause of action against Kossoff which might be asserted by the Trustee on behalf of the Debtor's estates under or through various provisions of the Bankruptcy Code or non-bankruptcy law, including, without limitation, any of the Claims, is hereby tolled from the date of this Stipulation up to and including September 10, 2018 (the 'Tolled Period')."

2. Except as amended by this amended Stipulation and Order, the remaining terms of the TSE Stipulation, the Supplemental TSE Stipulation, and the Second Supplemental TSE Stipulation remain in full force and effect.

IN WITNESS OF THE FOREGOING, the parties have executed, or caused to be executed, this Stipulation as of the date first written above.

Dated:   New York, New York         JAMES S. FELTMAN
         August 10, 2018            Not Individually But Solely in His Capacity as
                                    Chapter 11 Trustee

                                    By His Attorneys,
                                    JENNER & BLOCK LLP
                                    By:


                                    */s/ Vincent E. Lazar*
                                    Vincent E. Lazar
                                    353 N. Clark St.
                                    Chicago, IL 60654


Dated:   New York, New York         KOSSOFF & KOSSOFF LLP
         August 10, 2018            AND THE SERVICES PARTNERS

                                    By Their Counsel,
                                    LEWIS BAACH PLLC
                                    KAUFMANN MIDDLEMISS
                                    By:


                                    */s/  Jason H. Berland*
                                    JASON H. BERLAND
                                    The Chrysler Building
                                    405 Lexington Avenue, 62nd Floor
                                    New York, New York 10174
                                    (212) 826-7001

**IT IS SO ORDERED.**

Dated:  August 17, 2018
        New York, New York

                                         **/s/Martin Glenn**
                                          MARTIN GLENN
                                    United States Bankruptcy Judge